### (January 17, 1941.)

In the Matter of the Application of EDWARD M. JAMES for an Order of Prohibition against the DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and FLORENCE S. JAMES, Respondents. EDWARD M. JAMES, Appellant, v. DOMESTIC

RELATIONS COURT OF THE CITY OF NEW YORK and FLORENCE S. JAMES, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. JAMES v. DAVID J. GANDOLFI.— Motion granted to the extent stated in order; otherwise denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.